IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM M. LEIMAN,
    Plaintiff,

vs.                          Case No. 5:05cv50/LAC/EMT

P.E. CRAWFORD, et al.,
    Defendants.

---

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 15, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed, if any.

Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Notice of Voluntary Dismissal (Case No. 5:05cv48/RH/WCS, Doc. 12) is **GRANTED**, and this action is **DISMISSED without prejudice**.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 4th day of May, 2005.

                                         s/_L.A. Collier_
                                         **LACEY A. COLLIER**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**